# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 08, 2020

Mr. Gregory E. Van Hoey
U.S. DEPARTMENT OF JUSTICE
Tax Division, Civil Trial Section, Central Region
Ben Franklin Station
P.O. Box 7238
Washington, DC  20044-0000

     RE:  20-2143  Meredith Corporation v. United States

Dear Counsel:

     The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

     Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

     The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

     Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CJO

Enclosure(s)

cc:    Mr. John S. Courter
       Ms. Kelsey J. Knowles
       Mr. Robert John Kovacev
       Mr. Stephen H. Locher
       Ms. Terri Martin
       Ms. Kelli M Mulcahy
       Mr. Martin M. Shoemaker
       Ms. Caitlin Tharp
       Ms. Lisa M. Zarlenga

District Court/Agency Case Number(s):   4:17-cv-00385-RP

**Caption For Case Number:   20-2143**

Meredith Corporation

        Plaintiff - Appellee

v.

United States of America

        Defendant - Appellant

**Addresses For Case Participants:   20-2143**

Mr. Gregory E. Van Hoey
U.S. DEPARTMENT OF JUSTICE
Tax Division, Civil Trial Section, Central Region
Ben Franklin Station
P.O. Box 7238
Washington, DC  20044-0000

Mr. John S. Courter
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Ms. Kelsey J. Knowles
BELIN & MCCORMICK
2000 Financial Center
666 Walnut Street
Des Moines, IA  50309-0000

Mr. Robert John Kovacev
NORTON & ROSE
Suite 1000
799 Ninth Street, N.W.
Washington, DC  20001-4501

Mr. Stephen H. Locher
BELIN & MCCORMICK
2000 Financial Center
666 Walnut Street
Des Moines, IA  50309-0000

Ms. Terri Martin
589 Columbine Drive
Norwalk, IA  50211

Ms. Kelli M Mulcahy
Room 115
123 E. Walnut
Des Moines, IA  50309-0000

Mr. Martin M. Shoemaker
U.S. DEPARTMENT OF JUSTICE
Tax Division, Civil Trial Section, Central Region
Ben Franklin Station
P.O. Box 7238
Washington, DC  20044-0000

Ms. Caitlin Tharp
STEPTOE & JOHNSON
1330 Connecticut Avenue, N.W.
Washington, DC  20036-0000

Ms. Lisa M. Zarlenga
STEPTOE & JOHNSON
1330 Connecticut Avenue, N.W.
Washington, DC  20036-0000